# United States Court of Appeals
## For the First Circuit

No. 24-1191

UNITED STATES OF AMERICA,

Appellee,

v.

LUIS MIGUEL GARCÍA-TORO,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court, issued on May 29, 2026, is amended as follows:

Cover page (case caption):  Please change "GARCÍA-TORRO" to "GARCÍA-TORO"